UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Davis,<br><br>                        Plaintiff,<br><br>v.<br><br>Carl Crowell, an individual residing in Oregon; et al. ,<br><br>                        Defendants. | Case No.:  17cv1181-CAB-NLS<br><br>**ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION** |

     Upon review of the pleadings, it has come to the Court's attention that Plaintiff has failed to properly allege diversity of the parties for purposes of subject matter jurisdiction under 28 U.S.C. § 1332.  The complaint asserts claims against various defendants identified as limited liability companies and partnerships. The complaint alleges that diversity exists on the basis that the states of formation or locations of these defendants is diverse from the Plaintiff, a citizen of California.  The state of formation or location of a limited liability company or partnership, however, is immaterial to the determination of diversity jurisdiction.  Rather, "a partnership is a citizen of all the states in which its partners are citizens" and "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Here, the complaint is silent as to the identity and citizenship of

the owners or members of each limited liability company and partnership defendant, making it impossible for the Court to determine whether there is complete diversity among the parties.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** on or before **July 5, 2017**, why this matter should not be dismissed for lack of subject matter jurisdiction.  *See generally Snell v. Cleveland, Inc.,* 316 F.3d 822, 826 (9th Cir. 2002) ("Federal Rule of Civil Procedure 12(h)(3) provides that a court may raise the question of subject matter jurisdiction, *sua sponte*, at any time during the pendency of the action . . . ."). Specifically, Plaintiff's response to this Order should include evidence, via a declaration or otherwise, that all of the members or owners of each defendant identified as a limited liability company or partnership are diverse in citizenship from Plaintiff. Failure to timely provide such evidence will result in dismissal for lack of subject matter jurisdiction.

It is **SO ORDERED**.

Dated:  June 22, 2017

Hon. Cathy Ann Bencivengo
United States District Judge