1 | Nicholas Ranallo, Attorney at Law (#275016)
2 | 10411 Alderbrook Pl. NW
    Seattle, WA 98177
3 | Telephone No.: (831) 607-9229
    Fax No.: (831) 533-5073
4 | Email: nick@ranallolawoffice.com
    Attorney for Plaintiff

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN DIEGO**

| | |
|---|---|
| James Davis | Case No. 17-CV-1181 CAB-NLS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| Carl Crowell, an individual; Voltage Pictures, Inc., a California Corporation; Dallas Buyers Club, LLC a Texas limited liability company; *Cobbler Nevada, LLC, a Nevada Limited Liability Company; QOTD Film Investment Ltd, an United Kingdom entity of unknown form;* Guardeley, LLC; a German entity; Maverickyeye, a German entity of unknown form; Excipio, LLC; Ben Perino, a German Citizen; New Alchemy, a Phillipine entity of unknown form; Intera German entity of unknown form; InteraIP, LLP; and DOES 1-100; | |
| Defendants | |

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1
2   NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),
3   Plaintiff James Davis voluntarily dismisses the above-entitled action against each defendant
4   without prejudice.  The notice of dismissal is filed prior to service by any defendant of an answer
5   or motion for summary judgment.
6
7
8
9
10
11  DATED: June 26, 2017          NICHOLAS RANALLO, ATTORNEY AT LAW
12
13                                By:  _____/s/ Nicholas Ranallo_____
                                  Nicholas Ranallo (Cal Bar # 275016)
14                                10411 Alderbrook Pl. NW
                                  Seattle, WA 98177
15                                (831) 607-9229
                                  Fax: (831) 533-5073
16                                nick@ranallolawoffice.com
17
18
19
20
21
22
23
24
25
26
27
28

2
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE